Chapter 13 Plan Form, Revised 10/24/2005

# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
### Southern DISTRICT OF MISSISSIPPI

CASE NO. 10-00161

Debtor: Terry Foreman    SS # XXX-XX-7253    Current Monthly Income $ 1,772.00
Joint Debtor: NA    SS # XXX-XX-NA    Current Monthly Income $ 5274
Address: 210 Boteler Road, Florence, MS 39073    No. of Dependents: 2
Telephone No: 601-845-6218    TAX REFUNDS AND EIC FOR DISTRIBUTION: NA

THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured / priority debts must be provided for in this plan.

## PAYMENT AND LENGTH OF PLAN
The plan period shall be for a period of 60 months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A) Debtor shall pay $ 354 per (monthly / semi-monthly / weekly / bi-weekly) to the Chapter 13 Trustee.
A payroll deduction order will be issued to Debtor's employer @: Debtor - self employed

(B) Joint Debtor shall pay $ NA per (monthly / semi-monthly / weekly / bi-weekly) to the Chapter 13 Trustee.
A payroll deduction order will be issued to Debtor's employer @: NA

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full: IRS $ NA @$ ___/mo
State Tax Commission $ ___ @$ ___/mo    Other $ NP @ $ ___/mo

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:** NA

beginning NA in the amount of $ NA per month shall be paid:
___ direct ___ through payroll deduction ___ through the plan.

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:** NA

in the amount of $ NA shall be paid $ NA per month:
___ through payroll deduction ___ through the plan.

**HOME MORTGAGE(S)**
MTG PMTS TO: Greentree    BEGINNING 3-10 @$ 400.00    ( ) PLAN (✓) DIRECT
MTG PMTS TO: ___    BEGINNING ___ @$ ___    ( ) PLAN ( ) DIRECT
MTG PMTS TO: ___    BEGINNING ___ @$ ___    ( ) PLAN ( ) DIRECT
MTG PMTS TO: ___    BEGINNING ___ $ ___    @$ ___/MO*
MTG ARREARS TO: ___    THROUGH ___ $ ___    (*Including interest at ___%)
                                                                  @$ ___/MO*
MTG ARREARS TO: ___    THROUGH ___ $ ___    (*Including interest at ___%)
                                                                  @$ ___/MO*
MTG ARREARS TO: ___    THROUGH ___ $ ___    (*Including interest at ___%)

Debtor's Initials: [signed]    Joint Debtor's Initials: ___

CHAPTER 13 PLAN, PAGE 1 OF 2

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| Nuvell | 2006 GMC Truck | 9,000 | 9,000 | 7% | 10,692 | 188.10 |
| P. Deere | Lawn Mower & equipment | 5,000 | 5,000 | 7% | 5,940 | 99.00 |

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
| NA | | | |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments: NA

**UNSECURED DEBTS** totaling approximately $ 38,370 w  are to be paid in deferred payments to Creditors that have filed claims that are not disallowed: ___ IN FULL or 0.0% (PERCENT) MINIMUM.

Total Attorney Fees Charged $ 2,800 w
Attorney Fees Previously Paid $ 326 w
Attorney fees to be paid through the plan $ 2,474 w

Pay administrative costs and debtor's attorney fees pursuant to Court Order and/or local rules.

Name/Address/Phone # of Vehicle Insurance Co./Agent

Telephone/Fax _____

Attorney for Debtor (Name/Address/Phone # / Email)
Robert Rex McRaney, Sr.
P.O. Box 1397
Clinton, MS. 39060
Telephone/Fax 601-924-5961  Fax 924-1516
E-mail Address

DATE: 2-2-10
DEBTOR'S SIGNATURE  /s/ Jerry E. F___
JOINT DEBTOR'S SIGNATURE
ATTORNEY'S SIGNATURE  Robert Rex McRaney, Sr.

CHAPTER 13 PLAN, PAGE 2 OF 2

Chapter 13 Plan Form, Revised 10/24/2005